# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **GP Rare Earth Trading Account LLC**                                Case No.
                                         Debtor(s)                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GP Rare Earth Trading Account LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Greenpoint Tactical Income Funding LLC**
**111 E. Kilbourne Ave., FL 28**
**Milwaukee, WI 53202-6633**

☐ None [*Check if applicable*]

**October 4, 2019**                              /s/ Michael P. Richman
Date                                             **Michael P. Richman**
                                                 Signature of Attorney or Litigant
                                                 Counsel for  **GP Rare Earth Trading Account LLC**
                                                 **Steinhilber Swanson LLP**
                                                 **122 West Washington Ave. Suite 850**
                                                 **Madison, WI 53703-2732**
                                                 **608-630-8990 Fax:608-630-8991**
                                                 **mrichman@steinhilberswanson.com**